**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7104**

TERAH C. MORRIS,

            Plaintiff - Appellant,

      v.

A. MCLANE, Correctional Officer; C. L. GOINES, Correctional
Officer; W. PIXLEY, Warden; HAROLD CLARKE, Director of VA
Prisons/D.O.C.; CAIN, Lt.; F. CARVER, Sgt.; PITTMAN;
KILLMON; BROWN; D. CLARK,

            Defendants – Appellees,

      and

C. GOINES, Correctional Officer; WENDALL PIXLEY, Warden,

            Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (1:14-cv-01426-GBL-MSN)

Submitted: September 29, 2015        Decided: October 5, 2015

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terah C. Morris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terah C. Morris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with its prior order. See Fed. R. Civ. P. 41(b). We review the district court's order for abuse of discretion. Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). "A court abuses its discretion if its decision is guided by erroneous legal principles or rests upon a clearly erroneous factual finding." United States v. McLean, 715 F.3d 129, 142 (4th Cir. 2013) (internal quotation marks omitted). The district court dismissed Morris' complaint because it found that Morris had not filed a particularized amended complaint or an affidavit concerning administrative exhaustion of his claims, as the court had instructed him to do. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. Morris v. McLane, No. 1:14-cv-01426-GBL-MSN (E.D. Va. June 18, 2015). We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED